Form 704-9
Rev. 5/99

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

In re:    CUSTOM HOMES BY ANTHONY, INC.    )    Chapter 7
                                           )
                                           )    Case No.  08-61239
          Debtor                           )
_____)

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows**:**

_____1.  Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

_____2.  The name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court is

        Campbell-Payne, Inc.
        P. O. Box 11255
        Lynchburg, VA 24506

        Amount: $3.85.

3.  That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached hereto with the request that such funds be deposited in the U.S. Treasury.

Dated:  July 22, 2011                        /s/ Roy V. Creasy
                                             Roy V. Creasy, Trustee